ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| FABIAN FELIX,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG, Warden,<br><br>　　　　　Respondent. | Case No.  EDCV 13-01273 JLS (AN)<br><br>JUDGMENT |

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 3, 2014

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE