UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 13-1273-JLS (GJS)          Date:   March 31, 2016

Title: <u>Fabian Felix v. David B. Long, Warden</u>

<u>DOCKET ENTRY</u>:  Order to Show Cause

<u>PRESENT</u>:

      Hon. Gail J. Standish, United States Magistrate Judge

| <u>Earlene Carson</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Report/Tape No. |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| <u>N/A</u> | <u>N/A</u> |

**PROCEEDINGS (In Chambers):**

    On October 7, 2014, United States District Judge Josephine L. Staton ordered this case reopened and stayed the case pending the exhaustion of two new claims proffered by Petitioner.  District Judge Staton ordered that "Petitioner is directed to notify this Court within ten (10) days of the state court's final ruling with respect to his new claims."  [Docket No. 32 at 5.]

    Thereafter, the United States Magistrate Judge to whom this case formerly was referred directed Petitioner to file status reports and copies of his state habeas petitions by certain dates.  This Order also required that, once the California Supreme Court ruled on his habeas petition, Petitioner was to promptly file a copy of the state high court's order.  [*See* Docket No. 36, Order of March 20, 2015.] Petitioner failed to comply with this Order.  On May 27, 2015, the Court ordered Petitioner to file a status report and a copy of his trial court habeas petition. [Docket No. 39.]  On June 23, 2015, Petitioner filed a status report, which

appended a copy of the trial court petition and a letter indicating he had filed a habeas petition in the California Court of Appeal.

On September 4, 2015, the Court issued an Order that directed Petitioner to file a status report by no later than October 2, 2015, and every 60 days thereafter until his claims were fully exhausted. [Docket No. 42.] Petitioner filed a status report on October 13, 2015, in which he indicated that the California Court of appeal had denied habeas relief and he had submitted a habeas petition to the California Supreme Court. [Docket No. 43.] Since that date, however, Petitioner has not filed any status report or other document in this case.

The Court has reviewed the electronic dockets available for the California Supreme Court, which show that on January 13, 2016, the state high court denied Petitioner's habeas petition. It is now two and a half months since that order, and Petitioner has failed to file it with the Court (as required by the Order of March 20, 2015), to notify the Court of the state high court order (in violation of the Order of October 7, 2014), or to take any other action to pursue this case. The Court, therefore, questions whether Petitioner intends to pursue this action.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and/or failure to comply with court orders. By no later than April 24, 2016, Petitioner shall file and serve a Response to this Order, indicating whether or not he wishes to pursue this case and, if so, explaining why he has taken no action in this case. Alternatively, by the April 24 deadline, Petitioner may simply file and serve a Supplemental Habeas Petition raising his two exhausted claims. The Court will issue an appropriate further Order depending on the action taken by Petitioner.

**IT IS SO ORDERED.**