UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 13-1273-JLS (GJS)        Date: June 13, 2016

Title: <u>Fabian Felix v. David B. Long, Warden</u>

DOCKET ENTRY:  Second Order To Show Cause Re: Possible Dismissal For Failure To Prosecute And Comply With Court Orders

PRESENT:
      Hon. Gail J. Standish, United States Magistrate Judge

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Report/Tape No. |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| N/A | N/A |

**PROCEEDINGS (In Chambers):**

      On March 31, 2016, the Court issued an Order to Show Cause in this case, which documented Petitioner's failure to comply with court orders and prosecute this case. On April 25, 2016, Petitioner responded, and at his request, counsel was substituted in to represent him. Pursuant to the Court's Order of April 27, 2016, Petitioner was required to file and serve a Supplemental Petition by no later than June 3, 2016, which was to allege the two additional claims referenced in the Order of October 7, 2014 [Dkt. 32].

      Petitioner has neither filed the Supplemental Petition required pursuant to the Court's Order of April 27, 2016, nor requested an extension of time to do so. Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not recommend the dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. By no later than **June 20, 2016**, Petitioner shall file and

serve a response to this Order To Show Cause explaining his failure to comply with the April 27, 2016 Order. Alternatively, Petitioner may satisfy this Order To Show Cause by filing and serving the required Supplemental Petition by that same deadline.

      Petitioner is cautioned that a failure to comply with this Order to Show Cause in a timely manner will result in a recommendation for the dismissal of this action pursuant to Rule 41(b).

      **IT IS SO ORDERED.**